UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CASE NO.   06-490M
)
v. )
)
KATHY JO MALEY, ) DETENTION ORDER
)
    Defendant. )
)
_____ )

Offense charged:

    Conspiracy to Smuggle and Transport Aliens, in violation of Title 8, U.S.C., Sections 1324(a)(1)(A)(v)(l) and 1324(a)(1)(B)(l);

    Brining Illegal Aliens into the United States for Private Financial Gain, in violation of Title 8, U.S.C., Section 1324(a)(2)(B)(iii) and Title 18, U.S.C., Section 2.

Date of Detention Hearing: September 21, 2006

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Ye Ting Woo. The defendant was represented by Bruce Erickson.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)  Defendant poses a risk of non-appearance. She is a Canadian citizen with no ties to the Western District of Washington. Her residential and employment status in Canada is unstable and she has a history of mental health issues.

   (2) Due to the nature and seriousness of the crime alleged, release of the defendant would pose a risk of danger.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

   **It is therefore ORDERED:**

   (l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

   (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

   (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

   (4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

   DATED this 22nd day of September, 2006.

               _____
                MONICA J. BENTON
                United States Magistrate Judge